**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DON BLACK** **PLAINTIFF**
**ADC # 113670**

**v.** **Case No. 4:26-cv-00976-JM-JTK**

**SARAH HUCKABEE SANDERS, et al.** **DEFENDANTS**

# JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of November, 2026.

UNITED STATES DISTRICT JUDGE